Troutman Pepper Hamilton Sanders LLP
875 Third Avenue
New York, New York  10022

troutman.com

**Bennet J. Moskowitz**
bennet.moskowitz@troutman.com

March 2, 2021

Hon. Alison J. Nathan
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

**Re:** ***Jane Doe XX v. Darren K. Indyke and Richard D. Kahn, et al.***
     ***1:20-cv-11106-AJN***

Dear Judge Nathan:

We represent Defendants Darren K. Indyke and Richard D. Kahn, Co-Executors of the Estate of Jeffrey E. Epstein. We submit this letter pursuant to the Electronic Case Filing Rules & Instructions for the Southern District of New York §§ 11 and 23.6. Please be advised that due to a temporary, but hours' long outage with ECF / Pacer we were unable to file Defendants' motion to dismiss yesterday. We did, however, serve the motion on Plaintiff's counsel yesterday, by email.

Sincerely,

*/s/ Bennet J. Moskowitz*

Bennet J. Moskowitz

cc: Counsel of Record (via ECF)