Troutman Pepper Hamilton Sanders LLP
875 Third Avenue
New York, New York  10022

troutman.com

**Bennet J. Moskowitz**
bennet.moskowitz@troutman.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/18/2021

**VIA ECF**

March 17, 2021

Hon. Alison J. Nathan
United States District Court
Southern District of New York
United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    *Jane Doe XX* v. *Darren Indyke and Richard D. Kahn, in their capacities as the co-executors of the Estate of Jeffrey Edward Epstein,*
            No. 1:20-cv-11106-AJN
            **Letter Motion for Adjournment of Pre-Trial Conference**

Dear Judge Nathan,

    We represent Defendants Darren K. Indyke and Richard D. Kahn (together, the "Co-Executors"), in their capacities as Co-Executors of the Estate of Jeffrey E. Epstein, in the above-referenced action.  We write, with Plaintiff's counsel's consent, to respectfully request that the Court adjourn the pre-trial conference, currently scheduled for March 26, 2021, until after the Co-Executor's response to Plaintiff's amended complaint, which Plaintiff intends to file on March 19, is due.  This is the parties' first request to adjourn the conference.

    Pursuant to Your Honor's Individual Practices, the parties propose the following alternate conference dates: April 23, 2021, April 30, 2021, or May 7, 2021.

    Thank you for your attention to this matter.

Respectfully submitted,

*/s/ Bennet J. Moskowitz*
Bennet J. Moskowitz

cc: Counsel of Record (via electronic mail)

---

The initial pretrial conference scheduled for March 26, 2021, is adjourned to April 30, 2021, at 3:15 p.m.
SO ORDERED.

*[signature]*

SO ORDERED.  3/18/2021
ALISON J. NATHAN, U.S.D.J.