```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/26/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JANE DOE XX,

                *Plaintiff*,

   -against-                               Case No.: 1-20-cv-11106-AJN

DARREN K. INDYKE and RICHARD D. KAHN, in
their capacities as the co-executors of the ESTATE
OF JEFFREY EDWARD EPSTEIN,

                *Defendants*.
-----------------------------------------------------------------X

## JOINT STIPULATION AND [PROPOSED] ORDER STAYING ACTION

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties, that:

1. The captioned action is hereby stayed unless and until Plaintiff elects to resume the litigation and requests that the stay be lifted. Plaintiff is participating in the Epstein Victims' Compensation Program.

2. After the lifting of the stay, if any, the Parties will confer on a schedule for the remaining discovery in this action

Dated: New York, New York
        April 22, 2021

                                                    Respectfully submitted,

                                                    MERSON LAW, PLLC

                                    By: _____
                                          Jordan K. Merson
                                          Jordan K. Rutsky
                                          950 Third Avenue, 18th Floor
                                          New York, New York 10022
                                          (212) 603-9100
                                          jmerson@mersonlaw.com
                                          jrutsky@mersonlaw.com

                                          *Attorneys for Plaintiff*

TROUTMAN PEPPER HAMILTON
SANDERS LLP

By: _____
Bennet J. Moskowitz
875 Third Avenue
New York, New York 10022
(212) 704-6000
bennet.moskowitz@troutman.com

*Attorneys for Defendants*

Date: _____April 26_____, 2021    _____
New York, New York                HON. ALISON J. NATHAN
                                  United States District Judge

> The parties shall file a joint status report every three months until any party moves to lift the stay or dismiss the action.
> SO ORDERED.